**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1307

CAROLYN YVONNE MURPHY TAYLOR,

Plaintiff – Appellant,

v.

COLUMBIA, CITY OF; CHARLES AUSTIN, in his official capacity as City Manager and his individual capacity; DONNIE BALZEIGLER, in his official capacity as Code Enforcement Officer and his individual capacity; LARRY MCCALL, in his official capacity as Code Enforcement Officer and his individual capacity,

Defendants – Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (3:07-cv-00983-JFA)

Submitted: July 22, 2010                Decided: July 30, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carolyn Yvonne Murphy Taylor, Appellant Pro Se. Robert Gordon Cooper, OFFICE OF THE CITY ATTORNEY, Columbia, South Carolina; Matthew Blaine Rosbrugh, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Yvonne Murphy Taylor appeals the district court's order denying the motion for reconsideration of the court's order adopting the recommendation of the magistrate judge and dismissing her civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Taylor v. City of Columbia</u>, No. 3:07-cv-00983-JFA (D.S.C. Jan. 20 & Feb. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2